# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 05-00041-01-CR-W-HFS |
| JASON L. CLARK ) | |
| ) | USM No: 17832-045 |
| Date of Original Judgment: 04/27/2006 ) | |
| Date of Previous Amended Judgment: 12/18/2008 ) | Steve Moss |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 130 months **is reduced to** 120 .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 04/27/2006 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 11/10/2011                          s/ Nanette K. Laughrey
                                                                *Judge's signature*

Effective Date:                                 NANETTE LAUGHREY, United States District Judge
*(if different from order date)*                *Printed name and title*